EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
Tina R. Saladino
Special Assistant United States Attorney
CA State Bar No. 289428
 Assistant Regional Counsel
 Social Security Administration, Region IX
 160 Spear Street, Suite 800
 San Francisco, California 94105
Tel: (415)977-8991
Fax: (415) 744-0134
E-mail: Tina.Saladino@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACI STEWART, | Case No.: 2:15-cv-07228-MWF (AS) |
| Plaintiff, | **[PROPOSED] JUDGMENT FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C.§ 405(g) and to entry of judgment,

It is hereby adjudged that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).

1

1  Upon remand, the Administrative Law Judge (ALJ) shall conduct further
2  proceedings as appropriate and issue a new decision. The ALJ will reevaluate the
3  medical source opinions in the record.

5  Date: June 8, 2016                    / s /
                                  HON. ALKA SAGAR
6                                 UNITED STATES MAGISTRATE JUDGE

2