Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
23679 Calabasas Road, Suite 403
Calabasas, California 91302
Telephone: 818.438.1332
Facsimile: 818.854.6899
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACI STEWART, | ) |
| | ) CASE NO.: 2:15-cv-07228-MWF (AS) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) [~~PROPOSED~~] ORDER |
| CAROLYN W. COLVIN, Acting, | ) AWARDING EAJA FEES |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of **TWO THOUSAND TWO HUNDRED SEVENTY DOLLARS AND 00/100** (**$2,270.00**) subject to the terms of the stipulation.

DATED:  August 19, 2016                    / s /
                                           HON. ALKA SAGAR
                                           UNITED STATES MAGISTRATE JUDGE

-1-